# IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| STEPHANIE ROMERO and DANIEL ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE RV, LLC, d/b/a ALLIANCE RV; GEO R. PIERCE, INC., d/b/a PIERCE RV; and JOHN DOES 1-10,<br><br>Defendants. | Cause No.: 4:24-cv-00004-BMM<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Attorneys for all parties having stipulated in writing to this Court that this case may now be dismissed, with prejudice, each party to bear its own costs and attorney's fees incurred; IT IS HEREBY ORDRED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice, each party to bear its costs and attorney's fees incurred herein.

DATED this 16th day of July, 2024.

_____

Brian Morris, Chief District Judge
United State District Court